UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80133-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOSE LUIS FERREIRO,
    Defendant.
_____/

## ORDER GRANTING PRO SE MOTION AND TERMINATING SUPERVISED RELEASE

**THIS CAUSE** comes before the court upon *pro se* motion from the defendant in the above captioned case, filed June 7, 2013, [DE 50], to terminate supervised release and the response filed June 19, 2013, [DE 53], by counsel representing the plaintiff, United States of America. Upon consideration of the motion, together with the response, it is

**ORDERED** and **ADJUDGED** that:

1. The motion for early termination of supervised release is **granted**.

2. Supervision shall be terminated **immediately**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 21st day of June, 2013.

**copy furnished:**
AUSA Adrienne Rabinowitz
Mr. Jose Ferreiro
United States Probation Office

                                          Daniel T. K. Hurley
                                      United States District Judge